IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL JASON LEE TOBY,       §
                              §
        Plaintiff,            §
                              §
V.                            §        No. 3:26-cv-1748-K
                              §
RYAN JESSE GARDNER,           §
ET AL.,                       §
                              §
        Defendants.           §

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed June 30th, 2026.**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**